BEFORE THE FIRST DIVISION, JANUARY 3, 1952

**No. 56210.**—Air Clearance Ass'n, Inc. *v.* United States, protest 174136–K (A) (New York).

Opinion by OLIVER, C. J. The protest was dismissed.

**No. 56211.**—L. Heller & Son, Inc., et al. *v.* United States, protests 133495–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56212.**—Dan Brechner & Co. *v.* United States, protest 164876–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56213.**—Far Eastern Importex, Inc., et al, *v.* United States, protests 176229–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56214.**—Shun Ying Chong & Co. *v.* United States, protest 173475–K (New York).

Opinion by COLE, J. The protest was dismissed.

**No. 56215.**—J. W. Hampton, Jr., & Co., Inc. *v.* United States, protest 174120–K (B) (New York).

Opinion by COLE, J. The protest was dismissed.

**No. 56216.**—I. J. Nethe & Co. *v.* United States, protest 175906–K (New York).

Opinion by COLE, J. The protest was dismissed.

**No. 56217.**—Ali Shabbir India Co., Inc. *v.* United States, protest 172438–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56218.**—Charles A. Andres et al. *v.* United States, protests 175404–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56219.**—Ritter & Ritter, Inc., and Simon International Corp. *v.* United States, protests 176060–K and 176573–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.